# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LEWIS WALLERICH,<br><br>                Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 14-08487-JEM<br><br>**JUDGMENT** |

      In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: September 14, 2015

                                                                   */s/ John E. McDermott*
                                                                   JOHN E. MCDERMOTT
                                          UNITED STATES MAGISTRATE JUDGE